FILED
04 FEB 20 AM 10: 12
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| BRADLET D. MCKANSTRY | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| | ) | |
| v. | ) | |
| | ) | CV-04-CO-0337-W |
| WAL-MART STORES, INC, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

### I.

### JURISDICTION

1.   The jurisdiction in this case is based on diversity of citizenship of the parties and the amount in controversy being in excess of $75,000.00 pursuant to 28 U.S.C. § 1332. The jurisdiction of the Court is also based on federal question jurisdiction pursuant to 28 U.S.C. § 1331.

### II.

### PARTIES

2.   Bradley DeWayne McKanstry is the Plaintiff in this case and he is an adult citizen of Tuscaloosa County, Alabama.

3.   The Defendant, Wal-Mart Stores, Inc., is a Delaware corporation with its principal place of business located in Bentonville, Arkansas.

### III.

## FACTUAL ALLEGATIONS

4.    On December 12, 2003, the Plaintiff entered the Skyland Wal-Mart store located in Tuscaloosa, Alabama for lawful purposes and conducted himself lawfully while in the store. The plaintiff entered the store during the period at which the store was open for business and during which the Defendant invited members of the public to enter the store. The store was at all relevant times owned, operated and maintained by the Defendant and the persons working in the said store were agents, servants, or employees of the Defendant working within the line and scope of their agency for the Defendant as to all matters and things alleged herein.

5.    The Plaintiff was in the process of leaving the store when he was accosted by agents or employees of the Defendant acting within the line and scope of their employment by the Defendant and taken into their custody. The said persons alleged that Plaintiff had made a delivery of illegal drugs in the store to an employee of the Defendant and, taking Plaintiff forcefully by the arm, required him to accompany them against his will. The agents or employees of the Defendant required the Plaintiff to accompany them to a room in the said store. The Plaintiff was forced to remain in the room while he was verbally and physically assaulted. Defendant's agents, servants, and employees changed their accusations against Plaintiff several times while holding him prisoner in the room. The Plaintiff while being threatened and physically abused by the agents

was forced to wear handcuffs. Plaintiff was required as a condition of being released by the said agents and employees to sign a paper which he was not allowed to read and of which he was not given a copy. He has subsequently been charged by Defendant with a violation of Code of Ala., § 6-5-271.

6. Plaintiff avers that he acted lawfully at all relevant times. Plaintiff avers that he was unlawfully "profiled" by the defendant because he is a young black male. Plaintiff avers Defendant's conduct violated his constitutional rights.

IV.

## CAUSES OF ACTION

### COUNT I

7. Plaintiff adopts the allegations of all paragraphs of this complaint as a part of this Count I.

8. The Plaintiff alleges that the Defendant, acting through its agents and employees, committed the tort of assault and battery on the Plaintiff. Plaintiff claims of the Defendant the sum of $100,000.00 compensatory damages and the sum of $1,000,000.00 in punitive damages.

### COUNT II

9. Plaintiff adopts the allegations of all paragraphs of this complaint as a part of this Count II.

10. Plaintiff claims that the Defendant, acting by and through its agents and servants, unlawfully imprisoned him and held him against his will. Plaintiff claims

3

of the Defendant the sum of $100,000.00 compensatory damages and the sum of $1,000,000.00 in punitive damages.

### COUNT III

11.     Plaintiff adopts the allegations of all paragraphs of this complaint as a part of this Count III.

12.     Plaintiff avers that the Defendant, acting by and through its agents and servants, kidnapped and abducted him.  Plaintiff claims of the Defendant the sum of $100,000.00 compensatory damages and the sum of $1,000,000.00 in punitive damages.

### COUNT IV

13.     Plaintiff adopts the allegations of all paragraphs of this complaint as a part of this Count IV.

14.     Plaintiff avers that the Defendant, acting by and through its agents and employees, and under color of state law, deprived him of his constitutional rights in violation of 42 U.S.C. § 1983.  Plaintiff claims of the Defendant the sum of $100,000.00 compensatory damages and the sum of $1,000,000.00 in punitive damages.

Respectfully Submitted this 19th day of February, 2004.

*W. Eugene Rutledge*
Attorney for the Plaintiff
2015 First Avenue North
Birmingham, Alabama 35203
(205) 458-1133

### Jury Demand

Plaintiff demands trial by jury.

*W. Eugene Rutledge*

Plaintiff's Address:
Bradley D. McKanstry
11330 McPherson Landing Road
Tuscaloosa, Alabama 35405

Defendant's Address:
Wal-Mart Stores, Inc.
C/o
CSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, Alabama 36104

Please serve the Defendant by certified mail.

5