

FILED
04 MAY 21 PM 2:40

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| BRADLEY D. MCKANSTRY, )<br>)<br>PLAINTIFF, )<br>)<br>vs. )<br>)<br>WAL-MART STORES, INC. et al )<br>)<br>DEFENDANTS. ) | CIVIL ACTION NO:<br>CV-04-CO-0337-W |

### MOTION FOR SANCTIONS FOR DEFENDANT'S SPOLIATION OF EVIDENCE OR IN THE ALTERNATIVE MOTION IN LIMINE

**COMES NOW** the Plaintiff and moves the Court to impose upon the Defendant the sanction of precluding the Defendant from offering any evidence of Mr. Doug Hayes or any other person as to what the Plaintiff did during the time he was in the Defendant's store on December 12, 2003, or opposing the testimony of the Plaintiff as to what occurred in the store, and, as grounds therefor, says as follows:

Denied
6-28-04

**ENTERED**
JUN 29 2004